In the Matter of EUGENE CHMURA, an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND, ELEVENTH AND THIRTEENTH JUDICIAL DISTRICTS, Respondent.

Submitted November 26, 2012; decided December 18, 2012

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of THE NEW YORK COUNTY LAWYERS' ASSOCIATION et al., Appellants, and THE NEW YORK CRIMINAL BAR AS-SOCIATION, INC., et al., Intervenors-Petitioners-Appellants, v MICHAEL R. BLOOMBERG, in His Official Capacity as Mayor of the City of New York, et al., Respondents, and THE LEGAL AID SOCIETY OF NEW YORK, Intervenor-Respondent-Respondent.

Submitted November 19, 2012; decided December 18, 2012

Motion by The New York County Lawyers' Association et al. for reargument denied [see 19 NY3d 712 (2012)].

In the Matter of THE NEW YORK COUNTY LAWYERS' ASSOCIATION et al., Appellants, and THE NEW YORK CRIMINAL BAR AS-SOCIATION, INC., et al., Intervenors-Petitioners-Appellants, v MICHAEL R. BLOOMBERG, in His Official Capacity as Mayor of the City of New York, et al., Respondents, and THE LEGAL AID SOCIETY OF NEW YORK, Intervenor-Respondent-Respondent.

Submitted December 10, 2012; decided December 18, 2012

Motion by The New York Criminal Bar Association, Inc. et al. for reargument denied [see 19 NY3d 712 (2012)].

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL AZIZ ZARIF SHABAZZ, Also Known as MICHAEL HURLEY, Appel-lant, v JEROME J. RICHARDS, Acting Judge of Franklin County Court, et al., Respondents.

Submitted November 5, 2012; decided December 18, 2012